HARVEY TETTEMER, RESPONDENT, v. STEVE SLISZ, EMPLOYER, SELECTED RISKS INDEMNITY CO., INSURANCE CARRIER, AND JOHN J. TOOHEY, JR., COMMISSIONER OF LABOR OF NEW JERSEY, APPELLANTS.

Submitted October 29, 1943—Decided January 27, 1944.

186

For the appellants, *Arthur F. Mead*.

For the respondent, *Kellogg & Chance*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Mr. Justice Porter.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 14.

*For reversal*—None.